PEOPLE v. WRIGHT

Appeal from Recorder's Court of Detroit, Brennan (Vincent J.), J. Submitted Division 1 October 9, 1968, at Detroit. (Docket No. 5,096.) Decided November 25, 1968.

Leroy Wright was convicted upon his plea of guilty of manslaughter. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur Bishop,* Assistant Prosecuting Attorney, for the people.

*Edward P. Echlin,* for defendant.

PER CURIAM. Defendant, who had previously been convicted of armed robbery, paroled, and discharged, pleaded guilty to manslaughter. CL 1948, § 750.321 (Stat Ann 1954 Rev § 28.553). He was sentenced to the state prison of southern Michigan for a term of 14 years to 15 years. Defendant claims this sentence violated the indeterminate sentence law. CL 1948, § 769.8 (Stat Ann 1954 Rev § 28.1080).

We find no error in the sentencing procedure. Affirmed.

J. H. GILLIS, P. J., and R. B. BURNS and KELLEY, JJ., concurred.